UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CONNELLY,

    Plaintiff,

v.                                                              Case No: 8:18-cv-451-T-30AEP

SYNCHRONY BANK,

    Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court on the Joint Stipulation to Arbitrate Claims and Stay Lawsuit (Doc. 11). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    The Joint Stipulation to Arbitrate Claims and Stay Lawsuit (Doc. 11) is GRANTED.

2.    The case is referred to arbitration as provided for in the governing Arbitration Agreement, and each party will bear its own fees and costs.

3.    The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of April, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record