UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 8:18-cv-00451-JSM-AEP

MICHAEL CONNELLY,

    Plaintiff,

vs.

SYNCHRONY BANK,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff, MICHAEL CONNELLY, by and through the undersigned attorney, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice to this Court and all interested parties that the above-captioned matter is dismissed **with prejudice**.

Dated: June 7, 2018

**THE POWER LAW FIRM**
5415 Lake Howell Rd., #189
Winter Park, Florida 32792
Office: (407) 730-2867
Fax: (407) 917-9175
E-mail: eservice@yourlawpower.com

_____
BRYAN A. DANGLER, ESQ.
Florida Bar No.: 113671
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2018, I filed the foregoing document with the Clerk using the CM/ECF portal, and served a copy of the foregoing via electronic mail on the following: Brendan Connors, Esq., BConnors@reedsmith.com.

_____
BRYAN A. DANGLER, ESQ.